UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Linda Clymer,<br><br>   Plaintiff,<br><br>vs.<br><br>Financial Recovery Services, Inc., et al.,<br><br>   Defendants. | Case No.: 3:10-cv-00383-VLB |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that Defendant, Financial Recovery Services, Inc., and Plaintiff, Linda Clymer ("Plaintiff") have reached a settlement in the above-captioned case. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: April 21, 2010

                   Respectfully submitted,

                   PLAINTIFF,
                   Linda Clymer

                   /s/ Sergei Lemberg
                   Sergei Lemberg, Esq. (425027)
                   LEMBERG & ASSOCIATES, L.L.C.
                   Stamford, CT 06905
                   Telephone: (203) 653-2250
                   Facsimile: (877) 795-3666
                   slemberg@lemberglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2010, a true and correct copy of the foregoing Notice of Settlement was filed electronically with the U.S. District Court District of Connecticut ECF system and that the document is available on the ECF system.

By: /s/ Sergei Lemberg
Sergei Lemberg, Esq.