UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Linda Clymer,

           Plaintiff,

v.

Financial Recovery Services, Inc.; and DOES 1-10, inclusive,

           Defendants.

Civil Action No.: 3:10-cv-00383-VLB

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO RULE 41(a)**

Plaintiff, Linda Clymer, by her attorney, hereby withdraws her complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A).

Dated: June 11, 2010

Respectfully submitted,

By: __/s/ Sergei Lemberg_____
Sergei Lemberg, Esq. (425027)
Lemberg & Associates, L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (877) 795-3666

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 11, 2010, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system.

                                                    By: __/s/ Sergei Lemberg_____
                                                           Sergei Lemberg, Esq.